FRED P. BROWN et al., Respondents, *v.* THE UNIVERSITY OF THE STATE OF NEW YORK et al., Appellants.

(Argued January 23, 1935; decided February 26, 1935.)

*John J. Bennett, Jr.,* Attorney-General (*Sol Ullman, Henry Epstein* and *Ernest E. Cole* of counsel), for appellants.

*John T. Cahill* and *John P. Ohl* for The Dental Society of the State of New York et al., *amici curiæ.*

*Charles H. Tuttle* and *Thomas E. Kerwin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Not sitting: LOUGHRAN, J.